IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANCIS COMBS,

    Plaintiff,

vs.

FEDERAL BUREAU OF PRISONS, JASON JARRETT and UNITED STATES OF AMERICA,

    Defendants.

Case No. 11-cv-267-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Federal Bureau of Prisons, Jason Jarrett, and United States of America and against Plaintiff Francis Combs,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

DATED:  May 29, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                  By: Deborah Agans, Deputy Clerk

Approved:    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**